UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2550 RHK/JMM

| | | |
|---|---|---|
| WAYNE CHRISTOPHER AND LARRY CHRISTOPHER, | ) | |
| Plaintiffs, | ) | |
| v. | ) | **O R D E R** |
| DAN GLICKMAN, Secretary of Agriculture, | ) | |
| Defendant. | ) | |

Upon application of Defendant Dan Glickman, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that the Defendant shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to January 23, 2001.

Dated: 1/11/01

JOHN M. MASON
United States Magistrate Judge

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK