UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WAYNE CHRISTOPHER and
LARRY CHRISTOPHER,

Plaintiffs,

v.

DAN GLICKMAN, Secretary
of Agriculture,

Defendant.

CIVIL NO. 00-2550 (RHK/JMM)

ORDER

The above matter is before the undersigned upon Defendant's Second Motion to Extend Time to Answer. [Docket No. 6]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Second Motion to Extend Time to Answer is granted. Defendant shall file a response to the Complaint no later than January 30, 2001.

Dated: January 30, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JAN 31 2001
CLERK