UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WAYNE CHRISTOPHER and
LARRY CHRISTOPHER,

Plaintiffs,

v.

DAN GLICKMAN,
Secretary of Agriculture,

Defendant.

CIVIL NO. 00-2550 (RHK/JMM)

PRETRIAL SCHEDULING ORDER

The above matter came on before the undersigned on March 12, 2001 for a Pretrial Conference. The Complaint is an application for Judicial Review of an Administrative Order. No discovery will be taken by any Party. The matter will be presented to the District Court on the record, after the submission of Motions, Memoranda and Affidavits in accordance with the requirements of Local Rule 7.1(b).

Defendant will promptly cause the transcript of the proceedings to be prepared. When the Parties receive the transcript, they shall advise this Court of the agreed upon schedule for the submission of the Parties' moving papers.

Dated: March 12, 2001

JOHN M. MASON
United States Magistrate Judge

FILED MAR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK