UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WAYNE CHRISTOPHER and LARRY CHRISTOPHER,

Plaintiffs,

v.

DAN GLICKMAN,
Secretary of Agriculture,

Defendant.

CIVIL NO. 00-2550 (RHK/JMM)

ORDER

Based upon the Stipulation of the Parties,

IT IS HEREBY ORDERED that the briefing schedule for cross-motions in this case be set as follows:

1. Opening briefs for both Parties shall be served and filed on or before November 16, 2001; and

2. Reply briefs for both Parties shall be served and filed on or before December 17, 2001.

Dated: October 12, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

This case has been pending since November 17, 2001. An outline of the case is provided in the Pretrial Scheduling Order issued on March 12, 2001, which provided as follows:

FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

> "The above matter came on before the undersigned on March 12, 2001 for a Pretrial Conference. The Complaint is an application for Judicial Review of an Administrative Order. No discovery will be taken by any Party. The matter will be presented to the District Court on the record, after the submission of Motions, Memoranda and Affidavits in accordance with the requirements of Local Rule 7.1(b)."

The March 12, 2001 Pretrial Scheduling Order also specified:

> "Defendant will promptly cause the transcript of the proceedings to be prepared. When the Parties receive the transcript, they shall advise this Court of the agreed upon schedule for the submission of the Parties' moving papers."

The Parties have recently submitted a Stipulation seeking somewhat more time than allowed by this Order, but we are aware of no reasons why the time provided by this Order will be insufficient.

J.M.M.