UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WAYNE CHRISTOPHER and
LARRY CHRISTOPHER,

Plaintiffs,

v.

DAN GLICKMAN,
Secretary of Agriculture,

Defendant.

CIVIL NO. 00-2550 (RHK/JMM)

ORDER/NOTICE OF HEARING

The above matter has been referred by District Judge Richard K. Kyle to the undersigned for a hearing on Defendant's Motion for Summary Judgment [Docket No. 17] and Plaintiffs' Motion for Summary Judgment [Docket No. 19]. A hearing has been scheduled before the undersigned for January 30, 2002 at 10:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: January 17, 2002

JOHN M. MASON
United States Magistrate Judge

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______